UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                    CASE NO. 11 B 23500
                                          CHAPTER 13

TERRELL M SHELTON
                                          JUDGE JANET S BAER

        DEBTOR                            **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment.  The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:**  BANK OF AMERICA

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 21 | 2 | XXXXXX8092 | $6,600.62 | $6,600.62 | $6,600.62 |
| Total Amount Paid by Trustee | | | | | $6,600.62 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit        **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f).  Failure to notify may result in sanctions.

CASE NO. 11-23500-JSB

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 6th day of June, 2016.

Debtor:
TERRELL M SHELTON
238 E 108TH ST # 1W
CHICAGO, IL  60628-3676

Attorney:
SCHOTTLER & ASSOCIATES
7222 W CERMAK # 701
NORTH RIVERSIDE, IL  60546
via Clerk's ECF noticing procedures

Creditor:
BANK OF AMERICA
PO BOX 660933
DALLAS, TX  75266-0933

Mortgage Creditor:
WELLS FARGO BANK NA
% HAUSELMAN RAPPIN &
OLSWANG
39 S LASALLE STREET STE 1105
CHICAGO, IL  60603

Mortgage Creditor:
WELLS FARGO BANK NA
% HAUSELMAN RAPPIN &
OLSWANG
39 S LASALLE STREET STE 1105
CHICAGO, IL  60603

Mortgage Creditor:
CITIBANK FSB
% HAUSLEMAN & RAPPIN
39 S LASALLE ST
CHICAGO, IL  60603

Mortgage Creditor:
WELLS FARGO BANK NA
% HUDSON ADVISORS
2711 N HASKELL AVE STE #1800
DALLAS, TX  75204

Creditor:
BANK OF AMERICA
PO BOX 5170
SIMI VALLEY, CA  93062-5170

ELECTRONIC SERVICE - United States Trustee

Date:  June 06, 2016

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603